In the Matter of ARCELORMITTAL LACKAWANNA LLC et al., Respondents, v CITY OF LACKAWANNA, Respondent, and CITY OF LACKAWANNA SCHOOL DISTRICT, Intervenor-Respondent. COUNTY OF ERIE, Proposed Intervenor-Appellant.

Submitted February 16, 2010; decided April 6, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.